# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE MARIE MARQUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-501-SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF SERVICES FOR | ) |
| CHILDREN, YOUTH AND THEIR | ) |
| FAMILIES, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Deputy Attorney General Aaron R. Goldstein and James J. Maxwell on behalf of Defendants State of Delaware and Department of Services for Children, Youth and their Families. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| | |
| /s/ Aaron R. Goldstein | /s/ James J. Maxwell |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| 820 N. French Street, 6th floor | 820 N. French Street, 6th floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| aaron.goldstein@state.de.us | james.maxwell@state.de.us |

Dated: November 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire.

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us