LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

January 10, 2006

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**HAND DELIVER AND VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

RE: Marquis v. State of Delaware
C.A. No.: 05-501 (SLR)

Dear Judge Robinson:

    I am enclosing with this letter a copy of the Proposed Scheduling Order that the parties have agreed to, in the above-captioned matter, a telephonic scheduling conference is scheduled for Thursday, January 12, 2006.

Respectfully,

Gary W. Aber

GWA/mac
Enclosure
cc: Aaron R. Golstein, Esquire (By Hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE MARIE MARQUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 05-501 (SLR) |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | Trial By Jury Demanded |
| DEPARTMENT OF SERVICES FOR | ) | |
| CHILDREN, YOUTH AND THEIR | ) | |
| FAMILIES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

At Wilmington this _____ day of _____, 2006, the parties having satisfied their obligations under Fed.R.Civ.P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed.R.Civ.P. 16 and De.Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by February 7, 2006 the information required by Fed.R.Civ.P. 26(a)(1) and D.Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects:

    (b) All discovery shall be commenced in time to be completed by September 1, 2006.

    (c) Maximum of thirty (30) interrogatories by each party to any other party.

    (d) Maximum of twenty (20) requests for admission by each party to any other party.

    (e) Maximum of ten (10) depositions by plaintiff and five (5) by defendant.

(f) Each deposition is limited to a maximum of seven (7) hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by June 1, 2006. Rebuttal expert reports due by July 30, 2006.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed.R. Civ.P. 37. During the course of discovery, each party is limited to **two (2) Rule 37 motions**. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 1, 2006.

4. **Settlement Conference**. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before October 1, 2006. Briefing shall be pursuant to D.Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6. **Applications by Motion**. Any application to the court shall be written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR. 7.1.1.**

7. **Motions in Limine**. All motions in limine shall be filed on or before _____. All responses to said motions shall be filed on or before _____.

8. **Pretrial Conference**. A pretrial conference will be held on _____, at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D.Del. LR 16.4 shall govern the pretrial conference.

9. **Trial**. This matter is scheduled for a _____ bench/jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
The Honorable Sue L. Robinson