# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE MARIE MARQUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-501-SLR |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF SERVICES FOR ) | |
| CHILDREN, YOUTH AND THEIR ) | |
| FAMILIES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Aaron R. Goldstein, Attorney for Defendant, hereby certify that on March 14, 2006, I served upon all persons listed below two true and correct copies of Defendant's First Requests for Production in the above-captioned matter by hand delivery:

Gary W. Aber, Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
*Attorney for the Plaintiff*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Aaron R. Goldstein
_____
Aaron R. Goldstein (I.D. # 3735)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant DSCYF.

DATE: March 14, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on March 14, 2006, I electronically filed the attached *Notice and Certificate of Service of Defendant's First Requests for Production* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us