IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE MARIE MARQUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  05-501 (SLR) |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | Trial By Jury Demanded |
| DEPARTMENT OF SERVICES FOR | ) | |
| CHILDREN, YOUTH AND THEIR | ) | |
| FAMILIES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Rule 26(a)(1) Initial Disclosures were was hand delivered to the following counsel on July 6, 2006 :

> Aaron R. Goldstein, Esquire
> State of Delaware Department of Justice
> Carvel State Office Building
> 820 N. French Street
> Wilmington, DE  19801

> ABER, GOLDLUST, BAKER & OVER

>     /s/ Gary W. Aber
> GARY W. ABER (DSB #754)
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899
> (302) 472-4900
> Attorney for Plaintiffs

DATED:  July 6, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic filing on July 6, 2006 to the following counsel:

>Aaron R. Goldstein, Esquire
>State of Delaware Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE  19801

>         /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire