IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE MARIE MARQUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-501-SLR |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF SERVICES FOR | ) |
| CHILDREN, YOUTH AND THEIR | ) |
| FAMILIES, | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Stephani J. Ballard hereby enters her appearance on behalf of Defendants: State of Delaware and Department of Services for Children, Youth and their Families in place of Deputy Attorney General Aaron R. Goldstein.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/Stephani J. Ballard | /s/ Aaron R. Goldstein |
| Stephani J. Ballard | Aaron R. Goldstein |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |

Dated: October 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> First Federal Plaza, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

> /s/ Stephani J. Ballard
> Stephani J. Ballard
> Deputy Attorney General
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400