IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE MARIE MARQUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-501-SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF SERVICES FOR | ) | |
| CHILDREN, YOUTH AND THEIR | ) | |
| FAMILIES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the above-captioned Defendant, by and through counsel, and hereby moves this Honorable Court to enter an Order granting Summary Judgment in its favor, and against Plaintiff in this matter, pursuant to Federal Rule of Civil Procedure 56(c), for the reasons set forth in the accompanying Opening Brief in Support of Defendant's Motion for Summary Judgment.

                                                                           DEPARTMENT OF JUSTICE
                                                                           STATE OF DELAWARE

                                              By: /s/Stephani J. Ballard
                                                  STEPHANI J. BALLARD, I.D. #3481
                                                  JAMES J. MAXWELL, I.D. #2892
                                                  Deputy Attorneys General
                                                  Carvel State Office Building
                                                  820 North French Street
                                                  Wilmington, DE 19801
                                                  (302) 577-8400
                                                  Attorneys for Defendant

DATED: October 2, 2006

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE MARIE MARQUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-501-SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF SERVICES FOR | ) | |
| CHILDREN, YOUTH AND THEIR | ) | |
| FAMILIES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 2, 2006, she caused the attached, *Defendant's Motion for Summary Judgment*, to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant