IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE MARIE MARQUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-501 (SLR) |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ) | Trial By Jury Demanded |
| DEPARTMENT OF SERVICES FOR ) | |
| CHILDREN, YOUTH AND THEIR ) | |
| FAMILIES, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between the parties in the above-captioned matter, that briefing on the Defendant's Motion for Summary Judgment will proceed as follows:

       **Plaintiff's Answering Brief Due**       October 30, 2006

       **Defendant's Reply Brief Due**       November 10, 2006

ABER, GOLDLUST, BAKER & OVER

| | |
|---|---|
| /s/ Gary W. Aber | /s/ Stephani J. Ballard |
| GARY W. ABER (DSB #754) | STEPHANI J. BALLARD (DSB #3481) |
| 702 King Street, Suite 600 | Department of Justice |
| P.O. Box 1675 | Carvel State Office Building |
| Wilmington, DE 19899 | 820 N. French Street |
| (302) 472-4900 | Wilmington, DE 19801 |
| Attorney for Plaintiffs | (302) 577-8354 |
| | Attorney for Defendants |

SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson