## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANNE MARIE MARQUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-501-SLR |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF SERVICES FOR | ) | |
| CHILDREN, YOUTH AND THEIR | ) | |
| FAMILIES, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated that

the plaintiff voluntarily dismisses, with prejudice, all claims against all defendants in this

matter. The parties will bear their own costs and fees.

| | |
|---|---|
| **ABER, GOLDLUST, BAKER & OVER** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| | |
| /s/ Gary W. Aber | /s/ Stephani J. Ballard |
| Gary W. Aber, Esquire (ID #754) | Stephani J. Ballard (ID #3481) |
| First Federal Plaza, Suite 600 | James J. Maxwell (ID #2892) |
| P.O. Box 1675 | Deputy Attorneys General |
| Wilmington, DE 19899 | Carvel State Office Building |
| Attorney for Plaintiff | 820 N. French Street |
| | Wilmington, DE 19801 |
| | Attorneys for Defendants |

Dated: October ___, 2006